1222

YANIVETH R., an Infant, by Her Mother and Natural Guardian, RAMONA S., et al., Appellants, v LTD REALTY CO. et al., Respondents, et al., Defendants. (And a Third-Party Action.)

Submitted August 17, 2015; decided August 27, 2015

Motion by Defense Association of New York, Inc. for leave to appear amicus curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed.

MATVEY ZELICHENKO, Appellant, v 301 ORIENTAL BOULEVARD, LLC, Respondent.

Submitted July 27, 2015; decided August 27, 2015

Motion by Defense Association of New York, Inc. for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed.